FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 3 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-0026-KJD (LRL) |
| CHAD UHL, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

On May 31, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (2), based upon the plea of guilty by defendant CHAD UHL to a criminal offense, forfeiting specific property alleged in the Information and agreed to in the Plea Memorandum, and shown by the United States to have a requisite nexus to the offense to which defendant CHAD UHL pled guilty. Docket #39, #41, #42, #43.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 7, 2011, through to July 6, 2011, notifying all known third parties of their right to petition the Court. #46.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1   This Court finds no petitions are pending with regard to the assets named herein and the time
2   for presenting such petitions has expired.
3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6   32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (2); and Title 21, United States Code,
7   Section 853(n)(7) and shall be disposed of according to law:
8       a)    $905.00 in United States currency.
9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
10  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
11  as any income derived as a result of the United States of America's management of any property
12  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
13  according to law.
14  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
15  certified copies to the United States Attorney's Office.
16  DATED this __31st__ day of __August__, 2011.

_____
UNITED STATES DISTRICT JUDGE